IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:13-CV-96-FL

| | |
|---|---|
| JENNIFER ANN LEE, ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |
| ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $3,762.50, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

SO ORDERED, this 3rd day of December, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge